395 A.2d 988

Kravitz, Appellant, v. Kravitz.

Argued September 13, 1978.  Neil H. Stein, for appellant;  P. Matzko, with him Neil H. Carver, for appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Order affirmed.